UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JOHN MOORE, III,**

    **Plaintiff,**

v.                                    Case No. 5:19cv419-TKW-MJF

**MARK INCH, et al.,**

    **Defendants.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 12) and Plaintiff's objections (Doc. 13). Upon *de novo* review of the issues raised in the objections, *see* Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history.

In his objections, Plaintiff does not dispute that he failed to list one of the two cases he filed in the Middle District of Florida, but he claims that the omission was unintentional and that he should be allowed to amend his complaint to list the omitted case. The Court rejects this request for the reasons explained by the magistrate judge. *See* Doc. 12, at 8-9. Accordingly, it is

    **ORDERED** that:

1. Plaintiff's objections are overruled, and the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** under 28 U.S.C. §1915A(b)(1) based on Plaintiff's failure to fully disclose his litigation history.

3. The Clerk shall close the file.

**DONE and ORDERED** this 5th day of October, 2020.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**